UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO MOLINA,<br><br>        Plaintiff,<br><br>   vs.<br><br>K. HOLLAND, et al.,<br><br>        Defendants. | 1:15-cv-01260-EPG-PC<br><br>ORDER FOR OFFICE OF THE ATTORNEY GENERAL TO ADDRESS PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF WITHIN FOURTEEN DAYS<br>(ECF No. 16.) |

       Plaintiff, Mario Molina ("Plaintiff"), is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff is presently incarcerated at Corcoran State Prison (CSP) in Corcoran, California.

       On February 8, 2016, Plaintiff filed a motion for injunctive relief.  Plaintiff requests an emergency court order for medical attention to his cornea implant, which he claims has come out of place, causing him tremendous pain.  (ECF No. 16.)  Plaintiff alleges that for the past month, he has been telling medical staff at CSP that his cornea implant came loose and moved to one side to his eye.  Plaintiff alleges that the medical staff claims he is making things up, there is nothing wrong with his cornea, and the implant is perfect.  Plaintiff reports that the facility doctor, Dr. Ogbuehi, told Plaintiff that his next doctor appointment is scheduled in six months.

The Court has not yet screened Plaintiff's Complaint. However, in light of Plaintiff's allegations of a threat of imminent harm, the Court directs the Office of the Attorney General to address Plaintiff's allegations concerning his medical care.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within fourteen days from the date of this order, the Office of the Attorney General shall address Plaintiff's motion for injunctive relief; and
2. The Clerk of the Court is directed to serve this order and a copy of Plaintiff's motion for injunctive relief (ECF No. 16) on Supervising Deputy Attorney General Monica Anderson.

IT IS SO ORDERED.

Dated:   **February 17, 2016**          /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE