UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO MOLINA,<br><br>        Plaintiff,<br><br>   v.<br><br>K. HOLLAND, et al.,<br><br>        Defendants. | 1:15-cv-01260-EPG (PC)<br><br>ORDER ON PLAINTIFF'S MOTION TO REQUEST INSTRUCTIONS TO BE EXCUSED FOR UNTIMELINESS<br>(ECF NO. 22) |

      Mario Molina ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on August 17, 2015.  (ECF No. 1).  On October 11, 2016, Plaintiff filed this motion, asking for a copy of the Complaint, as well as instructions on how to be excused for a delay in complying with an order signed by Magistrate Judge Gary S. August on August 5, 2015.

      Given the age of the case, the Court will grant Plaintiff's request for a copy of the Complaint.

      As to Plaintiff's request for instructions, the Court notes that it generally is unable to respond in writing to individual inquiries regarding the required content of particular motions. Additionally, the deadline Plaintiff is referring to does not seem to exist.  The deadline was allegedly created by an order signed by Magistrate Judge Gary S. Austin on August 5, 2015. However, this case was not filed until August 17, 2015.

      Further, the Court has reviewed the docket, and it does not appear that Plaintiff has missed any deadlines at this time.  The next step in this case is for the Court to screen

Plaintiff's Complaint pursuant to 28 U.S.C. § 1915A(a).

ACCORDINGLY, it is ordered that:

1. Plaintiff's request for a copy of the Complaint is granted;
2. Plaintiff's request for instructions on how to be excused for a delay in complying with an order signed by Magistrate Judge Gary S. August on August 5, 2015 is denied; and
3. The Clerk of Court is directed to send Plaintiff a copy of the Complaint, ECF No. 1.

IT IS SO ORDERED.

Dated: __October 12, 2016__          /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE