UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO MOLINA,<br><br>            Plaintiff,<br><br>      v.<br><br>K. HOLLAND, et al.,<br><br>            Defendants. | 1:15-cv-01260-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND (ECF NO. 24)<br><br>ORDER DIRECTING CLERK TO DOCKET PLAINTIFF'S FIRST AMENDED COMPLAINT |

Mario Molina ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint commencing this action on August 17, 2015. (ECF No. 1). The complaint has not yet been screened. On December 21, 2016, Plaintiff filed a motion for leave to amend. (ECF No. 24).

Given that the Court "should freely give leave [to amend] when justice so requires," Fed. R. Civ. P. 15(a)(2), and given that the Court has not yet screened the complaint, the Court will grant Plaintiff's motion for leave to amend. The Court will screen Plaintiff's First Amended complaint in due course, without reference to Plaintiff's original complaint.

Accordingly, it is ORDERED that Plaintiff's motion for leave to amend is GRANTED. The Clerk of Court is directed to docket Plaintiff's First Amended Complaint (ECF No. 24).

IT IS SO ORDERED.

   Dated:  **December 23, 2016**                    /s/ Erica P. Grosjean
                                                     UNITED STATES MAGISTRATE JUDGE