UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO MOLINA,<br><br>        Plaintiff,<br><br>v.<br><br>K. HOLLAND, et al.,<br><br>        Defendants. | Case No. 1:15-cv-01260-DAD-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR INTERPRETER<br><br>(ECF NO. 60) |

      An evidentiary hearing is currently set for September 29, 2017, at 11:00 a.m. (ECF No. 58). On August 24, 2017, Plaintiff filed a motion for interpreter. (ECF No. 60). According to Plaintiff, he needs an interpreter because he has a difficult time speaking and understanding the English language.

      The Court finds good cause to grant Plaintiff's motion. An interpreter will be provided for Plaintiff at the upcoming evidentiary hearing.

      As there will be an interpreter at the evidentiary hearing, the parties should be prepared to take frequent breaks to allow sufficient time for the interpreter to rest, as this type of interpretation is very taxing on the interpreter. The parties should also be prepared to put on their evidence efficiently in order to allow for the additional time for interpretation and frequent rest breaks.

\\\
\\\

Accordingly, based on the foregoing, IT IS ORDERED that Plaintiff's motion for interpreter is GRANTED.

IT IS SO ORDERED.

Dated: **September 5, 2017**       /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE