UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO MOLINA,<br><br>        Plaintiff,<br><br>    v.<br><br>K. HOLLAND, et al.,<br><br>        Defendants. | Case No. 1:15-cv-01260-DAD-EPG (PC)<br><br>ORDER APPOINTING LIMITED PURPOSE COUNSEL FOR SETTLEMENT |

      Mario Molina ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983. The Court finds that the appointment of counsel for Plaintiff is warranted for the limited purpose of assisting Plaintiff prepare for and participate in a settlement conference. Justin A. Palmer has been selected from the Court's Pro Bono Attorney Panel to represent Plaintiff for this limited purpose and has agreed to be appointed.

      Accordingly, IT IS HEREBY ORDERED that:

1. Justin A. Palmer is appointed as limited purpose counsel in the above entitled matter. This appointment is for the limited purpose of assisting Plaintiff with preparing for and participating in a settlement conference.

2. Justin A. Palmer's appointment will terminate fifteen days after completion of the settlement conference. Prior to the termination of the appointment, the Court will accord

1

counsel the option of proceeding as Plaintiff's appointed counsel. If counsel does not wish to continue representation of Plaintiff after he has carried out his limited purpose, the Court will consider appointing new counsel for Plaintiff, if deemed appropriate at that time.

3. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov, if he has any questions related to the appointment.
4. The Clerk of Court is directed to serve a copy of this order upon Justin A. Palmer, Filer/Palmer LLP, 249 E. Ocean Blvd., Suite 501, Long Beach, CA 90802.

IT IS SO ORDERED.

Dated: **June 11, 2018**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE