1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  MARISA Y. KIRSCHENBAUER, State Bar No. 226729
   Supervising Deputy Attorney General
3  BRYAN KAO, State Bar No. 240242
   CASSANDRA J. SHRYOCK, State Bar No. 300360
4  Deputy Attorneys General
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone:  (415) 510-3622
6   Fax:  (415) 703-5843
    E-mail:  Cassandra.Shryock@doj.ca.gov
7  *Attorneys for Defendants*
   *J. Gutierrez, F. Rivera, J. Jones, C. Stanley*
8  *and K. Holland*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MARIO MOLINA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>K. HOLLAND, et al.,<br><br>　　　　　　　　　Defendants. | 15-cv-01260-DAD-EPG (PC)<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>(Fed. R. Civ. P. 41(a)(1)(A)(ii))<br><br>Judge:　　　　The Honorable Erica P. Grosjean<br>Trial Date:　　None Set<br>Action Filed:　August 17, 2015 |

1

Plaintiff Mario Molina and Defendants J. Gutierrez, F. Rivera, J. Jones, C. Stanley, and K. Holland have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party shall bear its own litigation costs and attorneys' fees.

It is so stipulated.

Dated: 11-29-18

Justin Palmer
Filer Palmer LLP
*Attorney for Plaintiff*

Dated: 11/29/18

Bryan Kao
Cassandra J. Shryock
Deputy Attorneys General
*Attorneys for Defendants*

LA2017505029
42080128.docx

# CERTIFICATE OF SERVICE

Case Name:   **Molina v. Holland, et al.**          Case No.   **15-cv-01260-DAD-EPG (PC)**

I hereby certify that on November 30, 2018, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users.  On November 30, 2018, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Mario Molina, (G-15562)
California Substance Abuse Treatment Facility (5242)
P.O. Box 5242
Corcoran, CA  93212

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on November 30, 2018, at San Francisco, California.

|  B. Chung  |  /s/ B. Chung  |
| :---: | :---: |
| Declarant | Signature |

LA2017505029/42083171.docx