
UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO MOLINA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>K. HOLLAND, et al.,<br><br>　　　　　Defendants. | Case No. 1:15-cv-01260-DAD-EPG (PC)<br><br>NOTICE AND ORDER THAT INMATE WITNESS IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THAT THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED<br><br>(ECF NO. 97)<br><br>**As to Mario Molina, CDCR #G-15562** |

A settlement conference in this case commenced on November 29, 2018, at 9:30 a.m., and plaintiff Mario Molina, inmate, has given testimony before the Court. Inmate witness **Mario Molina, CDCR #G-15562**, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus *ad testificandum* as to this inmate, issued on October 29, 2018, is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: 11/29/18

_____
UNITED STATES MAGISTRATE JUDGE